IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2026 MAY 19 PM 4:07
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:26CR88 |
| Plaintiff, | INDICTMENT |
| vs. | 18 U.S.C. § 111(a)(1) |
| JOSE ANTONIO RIVERA CRUZ, | |
| Defendant. | |

The Grand Jury charges that:

## COUNT I

On or about April 14, 2026, in the District of Nebraska, the defendant, JOSE ANTONIO RIVERA CRUZ, did knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit: VICTIM 1, who was engaged in the performance of official duties, which acts involved physical contact with VICTIM 1.

In violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

UNITED STATES ATTORNEY
Plaintiff

LESLEY A. WOODS
United States Attorney

_____
PATRICK C. MCGEE
Assistant United States Attorney

1